IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER CLARK                                                                                           PLAINTIFF

V.                                          5:13CV00164-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED, this 23rd day of June, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1